Sussman & LeBoeuf, LLC
55 Washington Street
East Orange, New Jersey 07107
(973)675-4242

*Attorney for the Plaintiff*

|  |  |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| | NEWARK VICINAGE |
| FABIAN ROJAS, | DOCKET NO. 04-CV-3048 (SDW): |
| *Plaintiff,* | CIVIL ACTION |
| -vs- | |
| COUNTY OF PASSAIC, PASSAIC COUNTY SHERIFF'S DEPARTMENT, AND JERRY SPEZIALE | **PROPOSED JURY VOIR DIRE** *(As Suppelement to Standard Voir Dire Conducted by the Court)* |
| *Defendants.* | |

1. Have you or a member of your immediate family ever been terminated from employment?

2. Have you or a member of your immediate family ever terminated an employee?

3. Do your job responsibilities include the hiring, firing or supervision of other employees?

4. In your experience, have you been treated fairly by your supervisor(s) at your place of employment? If "yes", please explain?

5. Have you ever had a dispute with a supervisor/employer? If "yes", please explain?

6. Have you or a member of your immediate family ever been involved in a race discrimination claim? If so, who? Under what circumstances? Would your personal experience affect your ability to impartially consider the facts of this case?

7. Do you have any feelings about lawyers or law firms, either positive or negative that would affect your ability to be fair and impartial in this matter?

8. Is there any reason why you may not sit in judgment on this case where plaintiff alleges that Defendants unlawfully discriminated against him by terminating him because of his national origin?