Sussman & LeBoeuf, LLC
55 Washington Street
East Orange, New Jersey 07107
(973)675-4242

*Attorney for the Plaintiff*

|  |  |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| | NEWARK VICINAGE |
| FABIAN ROJAS, | DOCKET NO. 04-CV-3048 (SDW): |
| *Plaintiff,* | CIVIL ACTION |
| -vs- | |
| COUNTY OF PASSAIC, PASSAIC COUNTY SHERIFF'S DEPARTMENT, AND JERRY SPEZIALE | **VERDICT SHEETS** |
| *Defendants.* | |

**I.  EMPLOYMENT DISCRIMINATION**

    A.  Do you find that Plaintiff proved by a preponderance of the evidence that he was a member of a protected class and terminated from a position for which he was qualified?

        YES_____     NO_____

    If the answer to the above question is YES, go onto to the next question?

    If your answer to the above question is NO, stop at this point and return a verdict for the Defendant.

1

B. Do you find that the Defendant(s) have articulated or advanced a legitimate business reason for its decision to terminate the Plaintiff?

County of Passaic:   YES _____   NO_____

Passaic County Sheriff's Department

YES_____   NO_____

Jerry Speziale   YES_____   NO_____

If the answer to the above question is YES, go onto to the next question?

If your answer to the above question is NO, stop at this point and return a verdict for the Defendant.

C. Do you find by a preponderance of the evidence, that Plaintiff has proven that Defendant(s)' legitimate business reason was a pretext for discrimination?

County of Passaic:   YES _____   NO_____

Passaic County Sheriff's Department

YES_____   NO_____

Jerry Speziale   YES_____   NO_____

## II. DAMAGES

1. What sum of money will fairly and reasonably compensate the Plaintiff, Fabian Rojas, for damage he sustained as a result of the Defendant(s)' actions?

    A. Pain, Suffering, Disability, Impairment, Inconvenience, Loss of Enjoyment of Life?   $_____

    B. Past Medical Expenses?   $_____

    C. Future Medical Expenses?   $_____

    D. Past Lost Wages?   $_____

    E. Future Lost Wages?   $_____

2. Do you find by a preponderance of the evidence that Defendant(s)' actions resulting in harm to the Plaintiff was done with malice or reckless indifference for his federally protected rights warranting the necessity of punitive damages?

                YES_____         NO_____

3. If so, what amount of damages should be imposed on each of the following defendants?

County of Passaic: _____

Passaic County Sheriff's Department: _____

Jerry Speziale: _____

3